

Argued March 20, 1970. *David Kairys,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *J. Bruce McKissock,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

**Commonwealth *v.* Davis, Appellant.**

Submitted March 16, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio, Vram Nedurian, Jr.,* and *John A. Reilly,* Assistant District Attorneys, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

**Commonwealth *v.* Davis, Appellant.**

Submitted March 17, 1970. *A. Bernard Hirsch,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.